**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
*Electronically Filed*

| | |
|---|---|
| MARJORIE WHALEY<br><br>    Plaintiff<br><br>v.<br><br>FAST TRACK TRUCKING, LLC<br><br>and<br><br>JASON C. MULLINS<br><br>    Defendants. | Civil Action No. __3:23CV-220-RGJ__<br><br>NOTICE OF REMOVAL |

Defendants, Fast Track Trucking, LLC and Jason C. Mullins, through counsel and pursuant to 28 U.S.C. § 1446 and 28 U.S.C. § 1332, respectfully submits this Notice of Removal of Civil Action. In support of its Notice, Defendants state the following:

On April 4, 2023, Plaintiff, Marjorie Whaley (hereinafter "Plaintiff"), filed a Complaint in the Commonwealth of Kentucky, Jefferson Circuit Court, and captioned <u>Marjorie Whaley v. Fast Track Trucking, LLC and Jason C. Mullins,</u> Case No. 23-CI-002115. (A true and correct copy of the Complaint is attached hereto as Exhibit A). Defendant answered that Complaint on May 1, 2023. (A true and correct copy of Defendant's Answer to Complaint is attached hereto as Exhibit B).

Plaintiff's Complaint asserts claims for negligence against Fast Track Trucking, LLC and Jason C. Mullins and seeks economic and non-economic damages as an alleged result of personal injuries sustained by Plaintiff Marjorie Whaley in an alleged incident that occurred on February 8, 2023. Plaintiff previously issued a settlement demand in this matter. The demands seeks damages in excess of $75,000.00.

This Notice of Removal is filed within thirty (30) days of service of the state court action and is therefore timely under 28 U.S.C. § 1446(b).

The United States District Court for the Western District of Kentucky has "diversity" jurisdiction over this case pursuant to 28 U.S.C. § 1332. Removal is proper under 28 U.S.C. § 1441(b) because:

1. Plaintiff is a Kentucky resident. (See Complaint at ¶ 1).

2. Defendant Fast Track Trucking, LLC is a corporation organized and existing under the laws of the State of Indiana with its principal place of business located in Clarksville, Indiana. Fast Track Trucking, LLC is neither a citizen of the Commonwealth of Kentucky nor domiciled in the Commonwealth of Kentucky. The members of Fast Track Trucking, LLC are likewise neither citizens of the Commonwealth of Kentucky nor domiciled in the Commonwealth of Kentucky. The three members, Jim Bierman, Tony Bierman and Joe Bierman are citizens and domiciled in the State of Indiana.

3. Defendant Jason Mullins is a citizen and domiciled in the State of Indiana.

4. The amount in controversy in this case exceeds seventy-five thousand dollars ($75,000). Plaintiff has placed no limitation on the prayer for relief, which demands an amount that proof will slow attorney's fees. (*See* Complaint at Prayer for Relief). Prior to the filing of this lawsuit, Plaintiff, by counsel, demanded an amount for resolving in excess of $75,000. In addition, under 28 U.S.C. § 1446(c)(2)(A)(ii), a defendant may assert the amount in controversy in its notice of removal if removing from a jurisdiction where "[s]tate practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded…" 28 U.S.C. § 1446(c)(2)(A)(ii). Removal of a lawsuit is proper upon the defendant's assertion of the amount in controversy if the district court finds by a preponderance of the evidence that the amount in controversy exceeds $75,000, exclusive of interest and costs. See 28 U.S.C. § 1446(c)(2)(B). The amount in controversy, based on

Plaintiff's prior settlement demand, exceeds $75,000 and this case is removable based on the allegations set forth in the Complaint cited herein.

5.  As of the date of this filing, no other process, pleadings or orders have been filed with the Jefferson Circuit Court (other than those already attached hereto), and no motions are pending before that court.

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this case (attached hereto as Exhibit C), together with a copy of this Notice of Removal will be filed with the Clerk of the Hardin Circuit Court and shall be served on Plaintiff.

**WHEREFORE,** Defendants Fast Track Trucking, LLC and Jason C. Mullins pray that this action be removed from the Jefferson County Circuit Court to the United States District Court Western District of Kentucky at Louisville, and requests that this Court assume full jurisdiction over the case herein as provided by law.

Respectfully submitted,

*/s/ John M. Dunn*
John M. Dunn (90543)
Ralph E. Burnham (87289)
REMINGER CO., L.P.A.
250 Grandview Drive, Suite 550
Ft. Mitchell, KY 41017-5667
Telephone: 859-426-3662
Fax:  859-283-6074
E-mail: jdunn@reminger.com
rburnham@reminger.com
*Counsel for Defendants, Fast Track Trucking, LLC and Jason C. Mullins*

**CERTIFICATE OF SERVICE**

      This is to certify that a true and accurate copy of the foregoing has been served electronically on this 2nd day of May, 2023 on the following:

Jonathan B. Hollan
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
jhollan@kylawoffice.com
*Counsel for Plaintiff*

                                            */s/ John M. Dunn*
                                            John M. Dunn