# UNITED STATES DISTRIC COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUSVILLE DIVISION

| | | |
|---|---|---|
| Marjorie Whaley | : | Civil Action No. 3:23CV-220-RGJ-CHL |
| Plaintiff, | : | |
| | : | ENTRY OF DISMISSAL WITH |
| vs. | : | PREJUDICE FOR ALL CLAIMS OF |
| | : | MARJORIE WHALEY |
| Fast Track Trucking, et al. | : | |
| Defendants. | : | |

This matter having come to the Court upon agreement of the Plaintiff, Marjorie Whaley, and the Defendants, Jason C. Mullins Fast Track Trucking, LLC, and the Court being sufficiently advised; it is now therefore ordered and adjudged that all claims of the Plaintiff against Defendants, Jason C. Mullins Fast Track Trucking, LLC shall be and are hereby dismissed with prejudice by way of the parties' resolution by settlement.

This is a final and appealable order.

Rebecca Grady Jennings, District Judge
United States District Court

November 15, 2023

Have Seen and Agreed:

/s/ John M. Dunn
John M. Dunn, Esq. (90543)
Reminger Co., L.P.A.
250 Grandview Drive, Suite 550
Ft. Mitchell, Kentucky 41017-5667
Telephone:  859-426-3662
Fax:  859-283-6074
E-mail: jdunn@reminger.com
*Counsel for Defendants, Jason C. Mullins Fast Track Trucking, LLC*

/s/ Jonathan B. Hollan (via email authorization 11-13-23)
Jonathan B. Hollan
Sam Aguiar Injury Lawyers, PLLC
1900 Plantside Drive
Louisville, KY 40299
jhollan@kylawoffice.com
*Counsel for Plaintiff*